**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
**Jermaine F. Brown, OSB #073415**
JermaineBrown@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

**Neal J. Deckant\***
ndeckant@bursor.com
**BURSOR & FISHER, P.A**.
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455

*Attorneys for Plaintiff and the Putative Class*
*Additional Counsel on Signature Page*


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KORDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUGSUSA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:23-cv-01026-AR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**Page 1 – NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Christopher Korda voluntarily dismisses his claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: February 15, 2024.   **MARKOWITZ HERBOLD PC**

*s/ Stanton R. Gallegos*
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
Jermaine F. Brown, OSB #073415
JermaineBrown@MarkowitzHerbold.com

**BURSOR & FISHER, P.A.**

Neal J. Deckant *
ndeckant@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455

Stephen A. Beck *
sbeck@bursor.com
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Julian Diamond *
jdiamond@bursor.com
Matthew Girardi *
mgirardi@bursor.com
1330 Avenue of the Americas, Floor 32
New York, NY 10019
Telephone: (646) 837-7150
*\* Pro Hac Vice Application Forthcoming*
*Attorneys for Plaintiff and the Putative Classes*

2102123.1

**Page 2 – NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**